| | | |
|---|---|---|
| (CITY OF NAGOYA) SASASHIMA MUNICIPAL TAX OFFICE<br>NIHON SEIMEI SASASHIMA BLDG.<br>8TH FLOOR<br>NAKAMURA-KU, NAGOYA CITY, AICHI 450-8626 JAPAN | (CITY OF OSAKA) SEMBA CORPORATION (HOUJIN) MUNICIPAL TAX OFFICE<br>1-4-3-203 SEMBACHUO<br>CHUO-KU<br>OSAKA CITY<br>OSAKA 541-8551 JAPAN | (IBARAKI PREFECTURE) NAMEGATA PREFECTURAL TAX OFFICE<br>1700-6 ASO<br>NAMEGATA CITY<br>IBARAKI 311-3893 JAPAN |
| 9 EAST SHIPPING LIMITED<br>C/O PEABODY COAL TRADE INTERNATIONAL LTD<br>65 WOODBRIDGE ROAD<br>GUILDFORD<br>SURREY GU1 4RD UNITED KINGDON | ABE KENJI<br>C/O KABUSHIKIGAISYA IYONASEN<br>832-3<br>YAMAJI<br>IMABARI-SHI<br>EHIME 794-0072 JAPAN | ABE SHOKAI LTD<br>5F<br>YOICHI BUILDING<br>5-8-3 SHINBASHI<br>MINATO-KU<br>TOKYO 105-0004 JAPAN JAPAN |
| AFA GODOGAISYA<br>C/O ANCHOR SHIP PARTNERS CO., LTD.<br>5F<br>JYOWA YAESU BUILDING<br>2-4-1<br>YAESU<br>CHUO-KU TOKYO 104-0028 JAPAN | AFFINITY SHIPBROKERS AUSTRALIA PTY LTD<br>8/38 COLIN STREET<br>WEST PERTH WA6005 AUSTRALIA | AMBITIOUS LINE,S.A.<br>C/O SHIKISHIMA KISEN K.K.<br>KINOURAKO 1618-1<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN |
| AMERICAN NATURAL SODA ASH CORPORATION<br>15 RIVERSIDE AVENUE<br>2ND FLOOR<br>WESTPORT CT 06880 USA | AMERICAN NATURAL SODA ASH CORPORATION<br>15 RIVERSIDE AVENUE<br>2ND FLOOR<br>WESTPORT CT 06880 USA | AONO MARINE CO., LTD.<br>1-1-17 SHINDENCHOU<br>NIIHAMA<br>EHIME 792-0003 JAPAN |
| ARIES MARINE S.A.<br>C/O KURUSHIMA SENPAKU<br>SAPIA TOWER<br>1-7-2<br>MARUNOUCHI<br>CHIYODA-KU<br>TOKYO 100-0005 JAPAN JAPAN | CAPESIZE<br>OCTAVIA HOUSE<br>1 THE BOULEVARD<br>IMPERIAL WHARF<br>LONDON SW6 2UB UNITED KINGDON | ASAN MERCHANT MARINE CO., LTD.<br>ROOM 1901<br>JANGGYO BLDG.1<br>JANGGYO-DONG<br>JUNG-GU<br>SEOUL 100 760 SOUTH KOREA |
| ASIA CENTURY NAVIGATION CO.,LTD<br>C/O OAK MARITIME (CANADA) INC.<br>1111 WEST GEORGIA STREET SUITE 1500<br>VANCOUVER(BC) V6E 4M3 CANADA | ATAYAL WISDOM S.A.<br>C/O WISDOM MARINE LINES CO., LTD.<br>MITA DAIICHI NAGAOKA BUILDING 2F<br>3-4-3<br>MITA<br>MINATO-KU<br>TOKYO 108-0073 JAPAN | ATLANTIC CHARTERING<br>PRINGLES 878<br>MARINEZ CP 1640<br>BUENOS AIRES ARGENTINA |
| AZUMA KISEN CO., LTD.<br>2-3-22 NAKABORI<br>IMABARI<br>EHIME 799-2115 JAPAN | BAO-TRANS ENTERPRISES LTD.<br>FLAT L<br>49/F A & 50/F. OFFICE TOWER<br>CONVENTION PLAZA<br>1 HARBOUR ROAD<br>WANCHAI HONG KONG | BARRY ROGLIANO SALLES (LONDON)<br>SUITE 465<br>2ND FLOOR<br>SALISBURY HOUSE<br>LONDON WALL<br>LONDON, EC2M 5QQ UNITED KINGDOM |
| BARRY ROGLIANO SALLES (PARIS)<br>11<br>BOULEVARD JEAN MERMOZ<br>92200 NEUILLY-SUR-SEINE FRANCE | BAUMARINE AS<br>HARBITZALLEEN 2A<br>P.O.BOX 182 SKOYEN<br>NO-0212/ DRAMMENSVEIEN 260<br>NO-0283 OSLO NORWAY | BEIJING SHOURONG FORWARDING SERVICE CO., LTD.<br>9TH FLOOR C BLOCK SHENGJING INTERNATIONAL SQUARE<br>NO.31 SHINJINGSHAN ROAD<br>BEIJING 100043 CHINA |
| BENDOLINE SHIPPING CO.,LTD<br>C/O CAPE SHIPPING S.A.<br>23A<br>VASILISSIS SOFIAS AVENUE<br>106 74 ATHENS GREECE | BHP BILLITON FREIGHT PTY. LTD.<br>LEVEL 12 BHP BILLITON CENTRE<br>171 COLLINS STREET<br>MELBOURNE VIC 3000 AUSTRALIA | BIKOU KISEN CO., LTD.<br>1-2-35 NAKABORI<br>IMABARI<br>EHIME 799-2115 JAPAN |
| BOBAE SHIPPING CO.,LTD SEOUL KOREA<br>5F<br>JEOKSEON HYUNDAI B/D.<br>80<br>JEOKSEON-DONG KOREA | BONANZA SEIKO SHIPPING, S.A.<br>C/O Y.K. SEIKO SHIPPING<br>8-63 KOYODAI<br>MATSUYAMA-SHI<br>EHIME 799-2469 JAPAN | BRAEMAR ACM SHIPBROKING PTY LTD.<br>LEVEL 5 432 ST KILDA ROAD<br>MELBOURNE VICTORIA 3004 AUSTRALIA |

BULKORE CHARTERING INC
237 MAMARONECK AVENUE
WHITE PLAINS NY 10605 USA

BULKORE CHARTERING INC
237 MAMARONECK AVENUE
WHITE PLAINS NY 10605 USA

BUNGE LATIN AMERICA LLC
2655 S LE JEUNE RD.610
CORAL GABLES FL 33134 USA

BUNGE LATIN AMERICA LLC
2655 S LE JEUNE RD.610
CORAL GABLES FL 33134 USA

BUNGE S.A., GENEVA
13
ROUTE DE FLORISSANT
CH 1211
GENEVA 12 SWITZERLAND

BURAITOSHIPPINGU KABUSHIKI KAISHA
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

C.STEINWEG HANDELSVEEM
(LATIN AMERICA) S.A.
RINCON 477
OFICINA 803
11000 MONTEVIDEO
MONTEVIDEO URUGUAY

CAPE ASIA NEWBUILDINGS (Ⅲ) LIMITED
C/O WAH KWONG MARTIME TRANSPORT
HOLDINGS LIMITED
24/F SHANGHAI INDUSTRIAL INVESTMENT
BUILDING
48-62 HENESSY ROAD
WAN CHAI HONG KONG

CARBONERO MARITIME CO.
C/O UNION COMMERCIAL INC.
43
KYPROU & AGIOU TRYFONOS STREET
KIFISSIA
145 62 ATHENS GREECE

CARGILL B.V.
EVERT VAN DE BEEKSTRAAT 378
1118 CZ SCHIPHOL
PB75840
1118
NETHERLAND NETHERLANDS

CARGILL INCORPORATED
C/O CARGILL OCEAN TRANSPORTATION
500 FRANK W.BURR BOULEVARD
SUITE 44
TEANECK NJ 07666 USA

CARGILL INCORPORATED
USA
500 FRANK W.BURR BOULEVARD
SUITE 44
TEANECK NJ 07666 USA

CARGILL INTERNATIONAL S.A. (GENEVA)
14 CHEMIN DE NORMANDIE
1206 GENEVA SWITZERLAND

CARGILL OCEAN TRANSPORTATION
(SINGAPORE) PTE LTD.
300 BEACH ROAD
23-01 THE CONCOURSE
SINGAPORE 199555 SINGAPORE

CENTRAL MARINE SHOUKAI CO., LTD.
6F
SKK BUILDING
3-10-2 KAYABA-CHO
NIHONBASHI
CHUO-KU TOKYO 103-0025 JAPAN

CENTURY CHARTARING LIMITED CO., LTD.
6F KANDATAKEO BUILDING
3-12-10 KANDANISHIKICHOU
CHIYODA-KU
TOKYO 101-0054 JAPAN

CENTURY CHARTERING LIMITED
6F KANDA TAKEO BUILDING
3-12-10 KANDA-NISHIKICHO
CHIYODA-KU
TOKYO 101-0054 JAPAN

CHUGOKU MARINE PAINTS, LTD.
42041
KASUMIGASEKI 3-CHOME
CHIYODA-KU
TOKYO 100-0013 JAPAN

CLARKSONS PLATOU ASIA PTE LTD.
#29-01, ASIA SQUARE TOWER 2
12 MARINA VIEW
SINGAPORE 018961

CLDN COBELFRET SA, LUXEMBOURG
3/7 RUE SCHILLER L-2519
LUXEMBOURG LUXEMBOURG

CLIPPER BULK SHIPPING LTD,BAHAMAS
120 LONG RIDGE ROAD
STAMFORD CT 06902 USA

CLIPPER BULK SHIPPING N.V.
120 LONG RIDGE ROAD
STAMFORD CT 06902 USA

CSC SUGAR LLC
36 GROVE STREET
NEW CANAAN CT 06840 USA

DAEWOO LOGISTICS CORP.
DAEWOO FOUNDATION BUILDING.18
TOEGYE-RO
JUNG-GN
SEOULL SOUTH KOREA

DAIHATSU DIESEL MFG.CO.,LTD
1-16-11 NIHONBASHI
CHUO-KU
TOKYO 103-0027 JAPAN

DAIICHI CHUO KINKAI KAISHA
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DAIICHI CHUO KOSAN KAISHA
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DAIICHI CHUO LOGISTICS CO., LTD.
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DAIICHI CHUO MARIN CO., LTD.
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DAIICHI CHUO NAIKO KAISHA
HIGOBASHI LEX BUILDING
1-3-3 EDOBORI NISHI-KU
OSAKASHI, OSAKA 550-0002 JAPAN

DAIICHI CHUO SHIPPING (AMERICA) INC.
61 BROADWAY
SUITE 2501
NEW YORK NY 10006 USA

DAIICHI CHUO SHIPPING (AMERICA) INC.
61 BROADWAY
SUITE 2501
NEW YORK NY 10006 USA

DAIICHI CHUO SHIPPING (SINGAPORE) PTE. LTD.
PRUDENTIAL TOWER #23-07/08 CECIL STREET
SINGAPORE 049712 SINGAPORE

DAIICHI CHUO SHOJI KAISHA
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DAIICHI CHUO SYSTEMS CO., LTD.
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

DALIA SHIP HOLDING S.A.
C/O ANCHOR SHIP INVESTMENT CO.,LTD.
36926
YAESU
CHUO-KU TOKYO 104-0028 JAPAN JAPAN

DAMPSKIBSSELSKABET NORDEN A/S
52 STRANDVEJEN
DK-2900 HELLERUP DENMARK

DEVELOPMENT BANK OF JAPAN INC.
OTEMACHI FINANCIAL CITY SOUTH TOWER
9-6
OTEMACHI 1-CHOME
CHIYODA-KU
TOKYO 100-8178 JAPAN

DIAMOND CAMELLIA S.A.
C/O MITSUBISHI CORPORATION   SHIP & AEROSPACE DIVISION
MARUNOUCHI PARK BUILDING
6-1
MARUNOUCHI 2-CHOME
CHIYODA-KU TOKYO 100-8086 JAPAN

DOJIMA SHIPPING INC.
C/O SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMITED
38055
NISHI-SHIMBASHI
MINATO-KU
TOKYO 105-8464 JAPAN

DOOYANG LIMITED
537 BONGEUNSARO
GANGNAM-GU
SEOUL SOUTH KOREA

DREW MARINE
100 SOUTH JEFFERSON ROAD WHIPPANY
NEW JERSEY 07981 USA

DREW MARINE
100 SOUTH JEFFERSON ROAD WHIPPANY
NEW JERSEY 07981 USA

DSM SHIPPING 1 S.A.
C/O SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMITED
38055
NISHI-SHIMBASHI
MINATO-KU
TOKYO 105-8464 JAPAN

DSM SHIPPING 2 COMPANY LIMITED
C/O SUMITOMO MITSUI FINANCE AND LEASING COMPANY, LIMITED
38055
NISHI-SHIMBASHI
MINATO-KU
TOKYO 105-8464 JAPAN

ED & F MAN SHIPPING LTD
COTTONS CENTRE
HAYS LANE
LONDON
LONDON SE1 2QE UNITED KINGDON

EIGHT RIVER SHIPPING S.A., PANAMA
C/O YAEGAWA KAIUN CO.,LTD.
15-2 GAKUBARACHO-NISHI
ANANSHI
TOKUSHIMA 774-0014 JAPAN

ELECTRIC POWER DEVELOPMENT CO.,LTD.
37057
GINZA
CHUO-KU
TOKYO 104-8165 JAPAN

ENJU SHIP HOLDING S.A.
C/O ANCHOR SHIP INVESTMENT CO.,LTD.
36926
YAESU
CHUO-KU TOKYO 104-0028 JAPAN JAPAN

EVER BRIGHT SHIPPING S.A.
C/O KEISHIN-KAIUN CO., LTD.
462-1 KINOURA
HAKATA-CHO
IMABARI-SHI
EHIME 794-2305 JAPAN

EXENO YAMAMIZU CORPORATION
OTE CENTER BUILDING
3RD FLOOR
1-1-3 OTEMACHI
CHIYODA-KU TOKYO 100-0004 JAPAN

FALCON SHIPPING INTERNATIONAL S.A. PANAMA
C/O MITSUBISHI CORPORATION   SHIP & AEROSPACE DIVISION
MARUNOUCHI PARK BUILDING
6-1
MARUNOUCHI 2-CHOME
CHIYODA-KU TOKYO 100-8086 JAPAN

FAR EAST SHIPPING & TRADING CO., LTD.
5F
NISSHO BUILDING
1-1-11 NIHONBASHI NINGYOCHO
CHUO-KU
TOKYO 103-0013 JAPAN

FMG INTERNATIONAL PTE LTD
THE CENTRAL
8 EU TONG SEN STREET
#24-91
SINGAPORE 059818 SINGAPORE

FOWLER TRANSPORTATION ENE,ATHENS
C/O LYKIARDOPULO & CO LTD
2
DEFTERAS MERARCHIAS
18535
PIRAEUS GREECE

FRACHTCONTOR JUNGE & CO. GMBH
BALLINDAMM 17
20095 HAMBURG GERMANY

FUKUYO KISEN KABUSHIKIGAISYA
C/O NISSEN KAIUN KABUSHIKIGAISYA
829-1 KINOURA
HAKATA-CHO
IMABARI-SHI
EHIME 794-2305 JAPAN

FUKUYOU KAIUN CO., LTD.
2F
STAGE UCHIKANDA BUILDING
1-3-8
UCHIKANDA
CHIYODA-KU TOKYO 101-0047 JAPAN

FUTABA SHIP HOLDING S.A.
C/O ANCHOR SHIP INVESTMENT CO.,LTD.
36926
YAESU
CHUO-KU TOKYO 104-0028 JAPAN JAPAN

GLOBAL BULK TRANSPORT PRIVATE LIMITED
A/323
CHINTAMANI PLAZA 3/F
ANDHERI-KURLA ROAD
ANDHERI EAST
CHAKALA, MUMBAI INDIA

| | | |
|---|---|---|
| GLOBAL MARITIME TRUST (S) PTE LTD<br>8 EU TONG SEN STREET<br>NO.15-99 THE CENTRAL<br>SINGAPORE 059818 SINGAPORE | GLOBAL SHIPPING CO.,LTD.<br>QUATRO MUROMACHI BUILDING<br>4-1-6 MUROMACHI<br>NIHONBASHI<br>CHUO-KU<br>TOKYO 103-0022 JAPAN | GRACE HAWK SHIPPING S.A.<br>C/O EIKO KISEN K.K.<br>712-1<br>KINOURAKO<br>HAKATA-CHO<br>IMABARI-SHI EHIME 794-2305 JAPAN |
| GRAND RICH LINE INC.,PANAMA<br>C/O WORLD WAY MARINE TRANSPORTATION<br>& LOGISTIC CO., LTD.<br>13F.<br>NO.839 SEC. 4 TAIWAN BLVD.<br>XITUN DIST.<br>TAICHUNG CITY 407 TAIWAN | GRM RESOURCES PTE LTD.,SINGAPORE<br>7<br>TEMASEK BOULEVARD<br>#21-02<br>SUNTEC TOWER ONE<br>SINGAPORE - 038987 SINGAPORE | GUJARAT NRE COKE LTD. KOLKATTA<br>22<br>CAMAC STREET<br>BLOCK-C 5TH FLOOR<br>KOLKATA - 700016 INDIA |
| HAKUYOU KISEN KABUSHIKIGAISYA<br>C/O NISSEN KAIUN KABUSHIKIGAISYA<br>829-1 KINOURA<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN | HARMONY INNOVATION SHIPPING PTE LTD<br>133 CECIL STREET<br>#17-01 KECK SENG TOWER<br>SINGAPORE SINGAPORE | HARMONY SUCCESS S.A.<br>C/O WISDOM MARINE LINES CO., LTD.<br>MITA DAIICHI NAGAOKA BUILDING 2F<br>3-4-3<br>MITA<br>MINATO-KU<br>TOKYO 108-0073 JAPAN |
| HARUFUMI KAWANA<br>KAWANA BUILDING<br>1-12-20 HIROOSHINGAI<br>KURE<br>HIROSHIMA 737-0141 JAPAN | HARUYAMA KAIUN CO., LTD.<br>2-2-1 KITAHOURAICHOU<br>IMABARI<br>EHIME 794-0028 JAPAN | HAWK MARINE CORPORATION S.A., PANAMA<br>C/O FAR EAST SHIPPING & TRADING CO., LTD.<br>1-1-11 NIHONBASHI NINGYOCHO<br>CHUO-KU<br>TOKYO<br>103-0013 JAPAN |
| HAWK SHIPPING S.A.<br>C/O DAIICHI CHUO KINKAI KAISHA<br>14-4<br>SHINTOMI 2-CHOME<br>CHUO-KU<br>TOKYO 104-0041 JAPAN | HIGAKI SHIPBUILDING CO., LTD.<br>1-4-25 KOURACHO<br>IMABARI-SHI<br>EHIME 799-2111 JAPAN | HINODE KAIUN CO., LTD.<br>7-7-53 HIROKOSHINGAI<br>KURE<br>HIROSHIMA 737-0112 JAPAN |
| HIRATA KAIUN CO., LTD.<br>3-212 FUTAGO<br>KARATSU<br>SAGA 847-0861 JAPAN | HIROFUMI SUGAWARA<br>18-9 NIGATASANBASHIDORI<br>KURE<br>HIROSHIMA 737-0154 JAPAN | HITACHI CAPITAL NBL CORPORATION<br>NISHI-SHIMBASHI SQUARE<br>1-3-1 NISHI-SHIMBASHI<br>MINATO-KU, TOKYO 105-0003 JAPAN |
| HOKUTO ENGINEERING CO., LTD.<br>ASAHI SEIMEI GAKUGEIDAIGAKU BUILDING<br>3-1-3 TAKABAN<br>MEGURO-KU<br>TOKYO 152-0004 JAPAN | HORIZON SHIPPING LTD. NASSAU,BAHAMAS<br>C/O HORIZON SHIPPING LTD.<br>MAIAMI 1001 BRICKELL BAY DR.<br>MIAMI FL 33131 USA | HORIZON SHIPPING LTD. NASSAU,BAHAMAS<br>MAIAMI 1001 BRICKELL BAY DR.<br>MIAMI FL 33131 USA |
| HOWE ROBINSON PARTNERS PTE LTD<br>8 SHENTON WAY<br>AXA TOWER NO.13-01<br>SINGAPORE 068811 SINGAPORE | HOWE ROBINSON PARTNERS, TOKYO OFFICE<br>C/O MITSUI O.S.K. LINES, LTD.<br>1-1 TORANOMON 2-CHOME<br>MINATO-KU<br>TOKYO 105-8688 JAPAN | HOWE ROBINSON SHIPBROKERS<br>REGIS HOUSE<br>45 KING WILLIAM STREET<br>LONDON EC4R 9AN UNITED KINGDON |
| HYUNDAI MERCHANT MARINE CO., LTD.<br>194 YULGOK-RO<br>JONGRO-GU<br>SEOUL 110-754 SOUTH KOREA | IMABARI SHIPBUILDING CO., LTD.<br>1-4-52 KOURA-CHO<br>IMABARI<br>EHIME 799-2195 JAPAN | INTERCONTINENT CHARTERING CORP.<br>35 CHARLES STREET<br>SUITE C<br>WESTWOOD NJ 07675 USA |
| INTERCONTINENT CHARTERING CORP.<br>35 CHARLES STREET<br>SUITE C<br>WESTWOOD NJ 07675 USA | INTERMAR LTDA.<br>ISABEL BONGARD #1470<br>LA SERENA<br>CHILE CHILE | INUI GLOBAL LOGISTICS CO., LTD.<br>PLAZA TOWER KACHIDOKI<br>1-13-6 KACHIDOKI<br>CHUO-KU<br>TOKYO 104-0054 JAPAN JAPAN |

| | | |
|---|---|---|
| IRIS SHIPPING PTE. LTD.<br>C/O MITSUI & CO., LTD.<br>42007<br>MARUNOUCHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-8631 JAPAN | JALDHI OVERSEAS PTE LTD<br>1 COLEMAN STREET<br>#09-11<br>THE ADELPHI<br>SINGAPORE 179803 SINGAPORE | JAPAN COAL DEVELOPMENT CO.,LTD.<br>LEVEL 18<br>TAIYO SEIMEI SHINAGAWA BLDG.<br>2-16-2 KONAN<br>MINATO-KU, TOKYO, 108-0075 JAPAN |
| JAPAN RAILWAY CONSTRUCTION,<br>TRANSPORT AND TECHNOLOGY AGENCY<br>YOKOHAMA ISLAND TOWER<br>6-50-1 HONCHO<br>NAKA-KU<br>YOKOHAMA-SHI<br>KANAGAWA 231-8315 JAPAN | JAPAN SHIPPING SERVICES CO., LTD.<br>7F<br>SHINBASHI 2-CHOME MT BLDG<br>2-5-5<br>SHINBASHI MINATO-KU JAPAN | JECC CORPORATION<br>C/O SUMITOMO MITSUI FINANCE AND<br>LEASING COMPANY, LIMITED<br>2-1-1 HITOTSUBASHI<br>CHIYODA-KU<br>TOKYO 101-0003 JAPAN |
| JFE STEEL CORPORATION<br>2-2-3 UCHISAIWAICHO<br>CHIYODA-KU<br>TOKYO<br>100-0011 JAPAN | JIANGSU STEAMSHIP COMPANY LIMITED<br>NO.88 ZHONGHUA ROAD<br>ZHANGJIAGANG<br>FREE-TRADE ZONE<br>JUANGSU PROVINCE<br>P.R.CHINA 215634 CHINA | JOHN F DILLON & CO LLC<br>300 STAMFORD PLACE # 203<br>STAMFORD CT 06902 USA |
| JOHN F DILLON & CO LLC<br>300 STAMFORD PLACE # 203<br>STAMFORD CT 06902 USA | KABUSHIKIGAISYA YOKO<br>3F<br>SHIBAURA TY BUILDING<br>1-14-5 SHIBAURA<br>MINATO-KU<br>TOKYO 105-0023 JAPAN | KAIKUUN KENKO HOKEN KUMIAI<br>4-2-16 NIHONBASHIMUROMACHI<br>CHUO-KU<br>TOKYO 103-0022 JAPAN |
| KAMBARA KISEN SINGAPORE PTE LTD<br>NO.3 HARBOURFRONT PLACE #12-01<br>HARBOURFRONT TOWER 2<br>SINGAPORE 099254 SINGAPORE | KANSAI URBAN BANKING CORPORATION<br>41737<br>NIHONBASHI HONCHO<br>CHUO-KU<br>TOKYO 103-0023 JAPAN JAPAN | KASHIMA CITY HALL<br>(KASHIMA SHIYAKUSHO)<br>1187-1 HIRAI<br>KASHIMA CITY<br>IBARAKI 314-8655 JAPAN |
| KASHIMA JITSUGYO KAISHA<br>1463-9 MINAMIMOTOYAMA<br>IZUMIGAWA<br>KASHIMASHI<br>IBARAKI 314-0015 JAPAN | KATO KAIUN CO. LTD.<br>3F<br>TOKYO TATEGU KYODO KUMIAI BUILDING<br>HIGASHI-MATSUSHITACHO<br>KANDA<br>CHIYODA-KU TOKYO 101-0042 JAPAN | KAWAHATAMARINE CORPORATION<br>7F<br>SAITO BLDG.<br>3-14-6 KYOBASHI<br>CHUO-KU<br>TOKYO 104-0031 JAPAN |
| KAWASAKI KINKAI KISEN KAISHA,LTD.<br>42096<br>KASUMIGASEKI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-0013 JAPAN | KEISHINKAIUN KABUSHIKIGAISYA<br>1644-2 KINOURAKOU<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN | KENZAN KAIUN CO., LTD.<br>C/O YANO KAIUN CO., LTD.<br>1276-1 KOU<br>NAMIKATACHOUGOU<br>IMABARI<br>EHIME 799-2110 JAPAN |
| KIFUNE KAIUN CO., LTD.<br>2304-2 KOU<br>NAMIKATA<br>NAMIKATACHOU<br>IMABARI<br>EHIME 799-2101 JAPAN | KINRIKI KISEN CO., LTD<br>727-1 IKATAKOU<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2303 JAPAN | KITOKU SHINRYO CO., LTD.<br>4-44-17 MIZUE<br>EDOGAWA-KU<br>TOKYO<br>132-0011 JAPAN |
| KMNL LODESTAR SHIPPING B.V.<br>ZUIDPLEIN 170 TOREN H<br>20E 1077XV AMSTERDAM NETHERLANDS | KOBE DIESEL CO., LTD.<br>1<br>MINAMIFUTAMI<br>FUTAMI-CHO<br>AKASHI-CITY<br>HYOGO 674-0093 JAPAN | KONLINK SHIPPING PTE LTD.<br>10 ANSON ROAD<br>#10-24 INTERNATIONAL PLAZA<br>SINGAPORE 079903 SINGAPORE |
| KOREA LINE CORPORATION<br>KLC BUILDING #570<br>SAMSEONG-RO<br>GANGNAM-GU<br>SEOUL SOUTH KOREA | KOTOBUKI KAIUN CO., LTD.<br>ITADOKO KAIUN BUILDING<br>3-2-4 SHIRANUHIMACHI<br>OMUTA<br>FUKUOKA 836-0843 JAPAN | KOTOBUKI SHIPPING CORPORATION,S.A.<br>C/O KOTOBUKI KAIUN K.K<br>ITAYUKA KAIUN BUILDING<br>3-2-4<br>SHIRANUI-CHO<br>OMUTA-SHI FUKUOKA 836-0843 JAPAN |

| | | |
|---|---|---|
| KOUYOU MARINE CO., LTD.<br>10F NISHIGOTANDA CO-OP<br>2-15-2 NISHIGOTANDA<br>SHINAGAWA-KU<br>TOKYO 141-0031 JAPAN | KRISTIANIA MARINE LIMITED<br>C/O KRISTIANIA MARINE AS<br>DRONNINGEN 1<br>PB. A BYGDOY<br>N-211 OSLO NORWAY | KYOSHIN & CO., LTD.<br>UCHISAIWAICHO DAIBIRU BUILDING<br>1-3-3 UCHISAIWAICHO<br>CHIYODA-KU TOKYO 100-0011 JAPAN JAPAN |
| KYUHOU KAIUN CO., LTD.<br>2269-18 OGOU<br>TABUSECHOU<br>KUMAGEGUN<br>YAMAGUCHI 742-1513 JAPAN | LANSING TRADE GROUP,LLC<br>10975 BENSON DRIVE<br>SUITE 400<br>OVERLAND PARK KS 66210 USA | LAUREL MARITIME COMPANY LIMITED<br>C/O DAIICHI CHUO SYSTEMS CO., LTD.<br>14-4<br>SHINTOMI 2-CHOME<br>CHUO-KU<br>TOKYO 104-0041 JAPAN |
| LUCRETIA SHIPPING S.A.<br>C/O SANTOKU SENPAKU CO., LTD.<br>SANTOKU SENPAKU BLDG.<br>3-26-9 ISOJI<br>MINATO-KU<br>OSAKA 552-0003 JAPAN | LUSTER MARITIME S.A.<br>C/O SHOEI KISEN KAISHA, LTD.<br>HIBIYA MARINE BUILDING<br>1-5-1<br>YURAKUCHO<br>CHIYODA-KU TOKYO 100-0006 JAPAN | M. I. T. CHARTERING & AGENCY CO., LTD.<br>10F<br>NO.100<br>SEC.3 MINSHENG EAST ROAD<br>TAIPEI 10596 TAIWAN |
| MAJURO SHIP FINANCE CO.<br>C/O SUMITOMO CORPORATION SHIP &<br>MARINE PROJECT DEPT. NO.2<br>HARUMI ISLAND TRITON SQUARE OFFICE<br>TOWER Y<br>8-11 HARUMI 1-CHOME<br>CHUO-KU<br>TOKYO 104-8610 JAPAN | MARS SHIPPING CO., S.A.<br>C/O DAIICHI CHUO SYSTEMS CO., LTD.<br>14-4<br>SHINTOMI 2-CHOME<br>CHUO-KU<br>TOKYO 104-0041 JAPAN | MARUBENI CORPORATION<br>37260<br>OTEMACHI<br>CHIYODA-KU<br>TOKYO 100-8088 JAPAN |
| MARUBENI-ITOCHU STEEL INC.<br>NIHONBASHI 1-CHOME BUILDING<br>1-4-1 NIHONBASHI<br>CHUO-KU<br>TOKYO 103-8247 JAPAN | MARVELLOUS NAVIGATION INC.<br>C/O TEH-HU CARGOCEAN MANAGEMENT CO.,<br>LTD.<br>UNIT B<br>15TH FLOOR<br>FORTIS TOWER<br>77-79 GLOUCESTER ROAD HONG KONG | MASATOSHI SUGAWARA<br>18-9 NIGATASANBASHIDORI<br>KURE<br>HIROSHIMA 737-0154 JAPAN |
| MEIHO KAIUN KABUSHIKIGAISYA<br>1668-9 KANOURAKOU<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2302 JAPAN | MI-DAS LINE S. A., PANAMA<br>C/O DOUUN-KISEN CO., LTD.<br>1307-8 NAMIKATA-CHO-GO<br>IMABARI-SHI<br>EHIME 799-2110 JAPAN | MID-SHIP GROUP LLC<br>145 MAIN STREET<br>PORT WASHINGTON NY 11050-3239 USA |
| MID-SHIP MARINE LLC<br>145 MAIN STREET<br>PORT WASHINGTON NY 11050-3239 USA | MID-SHIP MARINE LLC<br>145 MAIN STREET<br>PORT WASHINGTON NY 11050-3239 USA | MINAMINIPPON SHIPBUILDING CO.,LTD.<br>7F<br>THE SECOND FRIEND BUILDING<br>2-13-10 NISHI-SHINBASHI<br>MINATO-KU<br>TOKYO 105-0003 JAPAN |
| MINAMISOMA CITY HALL<br>(MINAMISOMA SHIYAKUSHO)<br>2-27 MOTOMACHI<br>HARAMACHI-KU<br>MINAMISOMA<br>FUKUSHIMA CITY 975-8686 JAPAN | MINISTRY OF HEALTH, LABOUR AND<br>WELFARE<br>PENSION BUREAU<br>JAPAN PENSION SERVICE CHUO BRANCH<br>OFFICE<br>DAI-2 MARUTAKA BUILDING<br>7-13-8 GINZA<br>CHUO-KU | MINISTRY OF HEALTH, LABOUR AND<br>WELFARE<br>PENSION BUREAU<br>JAPAN PENSION SERVICE SHINJUKU BRANCH<br>OFFICE<br>2-12-1 OKUBO<br>SHINJUKU-KU<br>TOKYO 169-8601 JAPAN |
| MITSUBISHI MATERIALS CORPORATION<br>42065<br>OTEMACHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-8117 JAPAN JAPAN | MITSUI & CO., LTD.<br>NIPPON LIFE MARUNOUCHI GARDEN TOWER<br>1-3<br>MARUNOUCHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-8631 JAPAN | MITSUI ENGINEERING & SHIPBUILDING CO.,<br>LTD.<br>6-4 TSUKIJI 5-CHOME<br>CHUO-KU<br>TOKYO 104-8439 JAPAN |
| MITSUI O.S.K. LINES, LTD.<br>1-1 TORANOMON 2-CHOME<br>MINATO-KU<br>TOKYO 105-8688 JAPAN | MITSUI SUMITOMO INSURANCE COMPANY,<br>LIMITED<br>42309<br>KANDA-SURUGADAI 3-CHOME<br>CHIYODA-KU<br>TOKYO 101-8011 JAPAN | MIURA SHIPBUILDING CO.,LTD.<br>4900 AOAZATSURUMI<br>SAIKI-SHI<br>OITA 876-0011 JAPAN |

| | | |
|---|---|---|
| MIYUKI KUWATA<br>4360 URASAKICHOU<br>ONOMICHI<br>HIROSHIMA 720-0551 JAPAN | MIZUHO BANK, LTD.<br>OTEMACHI TOWER<br>1-5-5<br>OTEMACHI<br>CHIYODA-KU<br>TOKYO 100-8176 JAPAN | MIZUHO SANGYO KABUSHIKIGAISYA<br>11844<br>JIBORI<br>IMABARI-SHI<br>EHIME 799-2117 JAPAN |
| MUR SHIPPING BV. AMSTERDAM<br>WORLD TRADE CENTER AMSTERDAM<br>TOWER H<br>ZUIDPLEIN 164<br>1077 XV AMSTERDAM<br>THE NETHERLANDS NETHERLANDS | MURAKAMI SEKIYU CO., LTD.<br>3496-1 KINOURA<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN | NANKAI ZOSEN CORPORATION<br>226-6 SETODACHOSAWA<br>ONOMICHI-SHI<br>HIROSHIMA 722-2493 JAPAN |
| NANKOU KISEN CO., LTD.<br>3-2 TOKIWAMINAMIMACHI<br>SAIKI<br>OITA 876-0852 JAPAN | NARUWHIRL MARITIME S.A.<br>C/O SEMBA SHIPPING CO., LTD<br>5-244<br>HIGASHI HAMA BOJI<br>YAMASHIRO-CHO<br>TOKUSHIMA-SHI TOKUSHIMA 770-8055 JAPAN | NAVIGATOR SHIPBROKERS LIMITED<br>PO BOX 137092<br>PARNELL<br>AUCKLAND 1151 NEW ZEALAND |
| NAVIOS CORPORATION<br>C/O NAVIOS MARITIME HOLDINGS<br>85 AKTI MIAOULI<br>PIRAEUS 185 38 GREECE GREECE | NEWPORT PIONEER TWO S.A.<br>C/O MITSUBISHI CORPORATION   SHIP &<br>AEROSPACE DIVISION<br>MARUNOUCHI PARK BUILDING<br>6-1<br>MARUNOUCHI 2-CHOME<br>CHIYODA-KU TOKYO 100-8086 JAPAN | NIPPON PAINT MARINE COATINGS CO.,LTD.<br>42030<br>KOMAGABAYASHI<br>MINAMI-CHO<br>NAGATA-KU<br>KOBE HYOGO 653-0045 JAPAN |
| NIPPON STEEL & SUMITOMO METAL<br>CORPORATION<br>2-6-1 MARUNOUCHI<br>CHIYODA-KU<br>TOKYO<br>100-8071 JAPAN | NISHIMURA & ASAHI<br>ARK MORI BUILDING<br>1-12-32<br>AKASAKA<br>MINATO-KU TOKYO 107-6029 JAPAN | NKM COATINGS CO., LTD.<br>42339<br>MINAMIROKUGO 3-CHOME<br>OTA-KU<br>TOKYO 144-0045 JAPAN |
| NOBLE CHARTERING,SA GENEVA<br>207 ROUTE DE FERNEY<br>1218 LE GRAND-SACONNEX<br>GENEVA SWITZERLAND | NOBLEX MARINE, INC.<br>6F NO.2 ICHIMATSU BUILDING<br>5-23-3 SHINBASHI<br>MINATO-KU<br>TOKYO 105-0004 JAPAN | NONE<br>12 MASON'S AVENUE<br>LONDON EC2V5BT UNITED KINGDON |
| NORDEN SHIPPING SINGAPORE PTE. LTD.<br>SUNTEC CITY TOWER FOUR #27-05<br>6<br>TAMASEK BOULWARD<br>SINGAPORE 038986 SINGAPORE | NS UNITED KAIUN KAISHA, LTD.<br>OTEMACHI FIRST SQUARE WEST TOWER<br>5-1 OTEMACHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-8108 JAPAN | NS UNITED NAIKO KAIUN KAISHA, LTD.<br>OTEMACHI FIRST SQUARE WEST TOWER 21F<br>22F<br>5-1<br>CHIYODA-KU TOKYO 100-0004 JAPAN |
| NTT DOCOMO, INC.<br>KOKUSAI AKASAKA BLDG<br>2-4-5 AKASAKA<br>MINATO-KU TOYKO 107-0052 JAPAN | NYK BULK & PROJECTS CARRIERS LTD.<br>YUSEN BLDG.<br>3-2<br>MARUNOUCHI 2-CHOME<br>CHIYODA-KU TOKYO 100-0005 JAPAN | ODYSEA CARRIERS SA.<br>K.KARAMANLI 173<br>VOULA<br>ATHENS GR 16673 GREECE |
| OHARA SHIPPING CO.,LTD.<br>MATSUDA BUILDING<br>2-4-6<br>KAYABA-CHO<br>NIHONBASHI<br>CHUO-KU TOKYO 103-0025 JAPAN | OIF (PANAMA) S.A.<br>C/O SUMITOMO MITSUI TRUST PANASONIC<br>FINANCE CO., LTD.<br>SEAVANS S TOWER<br>1-2-3<br>SHIBAURA<br>MINATO-KU<br>TOKYO 105-0023 JAPAN JAPAN | OLDENDORFF CARRIERS GMBH & CO.KG<br>WILLY-BRANDT-ALLEE 6<br>23554 LUEBECK GERMANY |
| OMAEZAKI CORPORATION<br>4F SUCCESS-SENGAKUJI<br>2-20-29 TAKANAWA<br>MINATO-KU<br>TOKYO 108-0074 JAPAN | ONOMICHI DOCKYARD, CO., LTD.<br>7F<br>KDX SHINNIHONBASHI BLDG. 1-1-8<br>NIHONBASHI-HONCHO<br>CHUO-KU<br>TOKYO 103-0023 JAPAN | ORCHID MARITIME S.A.<br>C/O BOT LEASE CO., LTD.<br>NIHOMBASHI-HONCHO 1CHOME BLDG.<br>1-9-13 NIHONBASHI-HONCHO<br>CHUO-KU TOKYO 103-8332 JAPAN |

| | | |
|---|---|---|
| ORCHID SHIP HOLDING S.A.<br>C/O ANCHOR SHIP INVESTMENT CO.,LTD.<br>36926<br>YAESU<br>CHUO-KU TOKYO 104-0028 JAPAN JAPAN | OSAKA PREFECTURAL CREDIT FEDERATION<br>OF AGRICULTURAL CO-OPERATIVES<br>39144<br>KORAIBASHI<br>CHUO-KU<br>OSAKA-SHI<br>OSAKA 541-0043 JAPAN JAPAN | OSAKA-FU CHUO FUZEI JIMUSHO<br>3-1-43 OTEMAE<br>CHUO-KU<br>OSAKA CITY<br>OSAKA 540-8507 JAPAN |
| OSHIMA SHIPBUILDING CO., LTD.<br>8F<br>JOWA EDOBASHI BUILDING<br>1-7-2 NIHONBASHI HONCHO<br>CHUO-KU<br>TOKYO 103-0023 JAPAN | OURA KISEN CO., LTD.<br>1377-11 KOU<br>NAMIKATACHOUGOU<br>IMABARI<br>EHIME 799-2110 JAPAN | PACIFIC WORLD SHIPPING PTE LIMITED<br>ROOM #20-01A MARKET STREET<br>BANK OF SINGAPORE CENTER<br>63 MARKET STREET<br>SINGAPORE 048942 SINGAPORE |
| PAN OCEAN CO.,LTD.<br>98<br>HUAM-RO<br>JUNG-GU SEOUL SOUTH KOREA | PANA STAR LINE,S.A.<br>C/O NOMA KAIUN K.K.<br>42042<br>KAZAHAYA-CHO 1-CHOME<br>IMABARI-SHI<br>AICHI 794-0017 JAPAN | PANGEA MARITIME LTD<br>POB 556 HUNKINS PLAZA<br>SUIRE556<br>MAIN ST<br>CHARLESTOWN ST KITTS AND NEVIX |
| PARAISO SHIPPING S.A.<br>C/O SHOEI KISEN KAISHA, LTD.<br>HIBIYA MARINE BUILDING<br>1-5-1<br>YURAKUCHO<br>CHIYODA-KU TOKYO 100-0006 JAPAN | PCL (SHIPPING) PTE LTD<br>NO 1 KIM SENG PROMENADE<br>HEX 07-02 GREAT WORLD CITY<br>SINGAPORE 237994. SINGAPORE | PETER DOHLE SCHIFFAHRTS-KG<br>ELBCHAUSSEE 370<br>22609 HAMBURG GERMANY |
| PICER MARINE S.A.<br>C/O BIKO KISEN K.K.<br>12816<br>NAKABORI 1-CHOME<br>IMABARI-SHI<br>EHIME 799-2115 JAPAN | PRICEWATERHOUSECOOPERS CO., LTD.<br>SUMITOMO FUDOSAN SHIODOME<br>HAMARIKYU BLDG<br>8-21-1 GINZA<br>CHUO-KU TOKYO<br>104-0061JAPAN JAPAN | PRIMAVERA MONTANA S.A.<br>C/O SHUNZAN KAIUN K.K.<br>42036<br>KITAHORAI-CHO 2-CHOME<br>IMABARI-SHI<br>EHIME 794-0028 JAPAN |
| PRIVSEA SHIPPING LTD.<br>C/O BARIBA CORP.<br>PETROS HOUSE<br>32 PARNITHOS STREET<br>14564 KIFISSIA<br>ATHENS GREECE | PT.PERUSAHAAN PELAYARAN RUSIANTO<br>BERSAUDARA<br>JALAN NAKHODA NO.23<br>SAMARINDA 75113 KALIMANTAN TIMUR<br>INDONESIA | PYXIS SHIPPING S.A.<br>C/O NEC CAPITAL SOLUTIONS LIMITED<br>SHINAGAWA INTERCITY C BUILDING<br>15-3 KONAN 2-CHOME<br>MINATO-KU<br>TOKYO 108-6219 JAPAN |
| QUEENSLAND NICKEL PTY LTD<br>GREENVALE STREET<br>YABULU QLD 4818<br>PMB 5 TOWNSVILLE QLD 4810 AUSTRALIA | REGENT SHIP HOLDING S.A.<br>C/O ANCHOR SHIP INVESTMENT CO.,LTD.<br>36926<br>YAESU<br>CHUO-KU TOKYO 104-0028 JAPAN JAPAN | RESONA BANK, LIMITED<br>7TH FLOOR SUMITOMO FUDOSAN IDABASHI<br>FIRST BUILDING 2-5-1<br>KORAKU<br>BUNKYO-KU<br>TOKYO 112-0004 JAPAN JAPAN |
| RGL SHIPPING PTE.LTD.<br>3 ANSON ROAD<br>#19-01 SPRINGLEAF TOWER<br>SINGAPORE<br>079909 SINGAPORE SINGAPORE | RIO TINTO SHIPPING (ASIA) PTE LTD.<br>12 MARINA BOULEVARD<br>20-01<br>MARINA BAY FINANCIAL CENTRE TOWER 3<br>018982 SINGAPORE SINGAPORE | RIO TINTO SHIPPING PTY LIMITED<br>12 MARINA BOULEVARD<br>#20-01 MARINA BAY FINANCIAL CENTRE<br>TOWER3<br>SINGAPORE 018982 SINGAPORE |
| RWE SUPPLY & TRADING GMBH<br>WINDMILL HILL BUSINESS PARK<br>WHITEHILL WAY<br>SWINDON, WILTSHIRE, SN5 6PB | SAFETY MANAGEMENT OVERSEAS S.A.<br>30-32 AV.KARAMANLI<br>PO BOX 70837<br>166   73 VOULA<br>ATHENS GREECE | SAIGAL SEATRADE PRIVATE LTD<br>J.V. HOUSE<br>2ND FLOOR<br>D.S. BABREKAR MARG<br>DADAR (W)<br>MUMBAI - 400 028. INDIA |
| SANGRIA PIONEER THREE S.A.<br>C/O MITSUBISHI CORPORATION   SHIP &<br>AEROSPACE DIVISION<br>MARUNOUCHI PARK BUILDING<br>6-1<br>MARUNOUCHI 2-CHOME<br>CHIYODA-KU TOKYO 100-6932 JAPAN | SANOYASU ZOSEN KABUSHIKIGAISYA<br>9F<br>NAKANOSHIMA DAI BUILDING<br>3-3-23 NAKANOSHIMA<br>KITA-KU<br>OSAKA-SHI OSAKA 530-6109 JAPAN | SASAKI SHIPBUILDING CO.,LTD.<br>65-1<br>KINOE<br>OSAKIKAMIJIMA<br>TOYOTA-GUN<br>HIROSHIMA 725-0401 JAPAN |

SATO KISEN CO., LTD.
1-6-15 SHINHAMA
ONOMICHI
HIROSHIMA 722-0014 JAPAN

SCORPIO CARRIERS,LTD.
C/O SUMITOMO CORPORATION SHIP &
MARINE PROJECT DEPT. NO.2
HARUMI ISLAND TRITON SQUARE OFFICE
TOWER Y
8-11 HARUMI 1-CHOME
CHUO-KU, TOKYO 104-8610, JAPAN JAPAN

SEA CENTRAL SHIPPING CORPORATION
1302 N 19TH STREET SUITE #175
TAMPA FL 33605 USA

SEA CENTRAL SHIPPING CORPORATION
1302 N 19TH STREET SUITE #175
TAMPA FL 33605 USA

SETOUCHI ENTERPRISE CO., LTD.
1-2-1 HASHIHAMA
IMABARI
EHIME 799-2112 JAPAN

SFI LEASING COMPANY, LIMITED
SHIN-AOYAMA BLDG.
EAST 1-1, MINAMI AOYAMA 1-CHOME
MINATO-KU, TOKYO 107-0062 JAPAN

SHIKISHIMA KISEN KABUSHIKIGAISYA
1618-1 KINOURAKOU
HAKATA-CYO
IMABARI-SHI
EHIME 794-2304 JAPAN

SHIN KURUSHIMA DOCKYARD CO., LTD.
SAPIA TOWER 13F
1-7-12 MARUNOUCHI
CHIYODA-KU
TOKYO 100-0005 JAPAN

SHINKIN CENTRAL BANK
42070
YAESU 1-CHOME
CHUO-KU
TOKYO 103-0028 JAPAN

SHINKOU KAIUN CO., LTD.
2838 KOU
NAMIKATA
NAMIKATACHOU
IMABARI
EHIME 799-2101 JAPAN

SHINSUNG SHIPPING CO.,LTD.
KOREA SANHAK FOUNDATION BUILDING
8-12FL 1337-31
SEOCHO-DONG
SEOCHO-GU
SEOUL KOREA 137-860 SOUTH KOREA

SIBA SHIPS ASIA PTE LTD
8 EU TONG SEN STREET
NO.17-89 THE CENTRAL
SINGAPORE 059818 SINGAPORE

SIMPSON SPENCE YOUNG AS
DRAMMENSVEIEN 130B
0277 OSLO NORWAY

SIMPSON SPENCE YOUNG HONG KONG
LIMITED
UNIT 1502
15F CHEVALIER COMMERCIAL CENTRE
KOWLOON HONG KONG

SIMPSON SPENCE YOUNG LTD
LLOYDS CHAMBERS
1 PORTSOKEN STREET
LONDON E1 8PH UNITED KINGDOM

SNNC CO., LTD.
(SOCIÉTÉ NICKEL DE NOUVELLE CALÉDONIE
ET CORÉE)
2148-139
JECHEOL-RO
GWANGYANG-SI
JEONNAM-DO KOREA

SOC MARINE CO.,LTD.
713 SENZAKI
NAGATO-SHI
YAMAGUCHI 759-4106 JAPAN

SOJITZ MARINE & ENGINEERING
CORPORATION
11F
4-5-1 NIHONBASHI MUROMACHI
CHUO-KU
TOKYO 103-0022 JAPAN

SOUTHERN CROSS MARINE,S.A.
C/O SOJITZ MARINE & ENGINEERING
CORPORATION
11F
4-5-1 NIHONBASHI MUROMACHI
CHUO-KU
TOKYO 103-0022 JAPAN

ST OCEAN SHIPPING S.A.
C/O SANTOKU SENPAKU CO., LTD.
SANTOKU SENPAKU BLDG.
3-26-9 ISOJI
MINATO-KU
OSAKA 552-0003 JAPAN JAPAN

STAR BULK CARRIER CO., S.A.
C/O DAIICHI CHUO SYSTEMS CO., LTD.
14-4
SHINTOMI 2-CHOME
CHUO-KU
TOKYO 104-0041 JAPAN

SUMITOMO CORPORATION
HARUMI ISLAND TRITON SQUARE OFFICE
TOWER Y
1-8-11 HARUMI
CHUO-KU, TOKYO 104-8610, JAPAN JAPAN

SUMITOMO MITSUI BANKING CORPORATION
1-1-2 MARUNOUCHI
CHIYODA-KU
TOKYO, 100-0005 JAPAN

SUMITOMO MITSUI CARD COMPANY, LIMITED
42055
KAIGAN 1-CHOME
MINATO-KU
TOKYO 105-8011 JAPAN

SUMITOMO MITSUI TRUST BANK, LIMITED
36895
MARUNOUCHI
CHIYODA-KU
TOKYO 100-8233 JAPAN

SUMITOMO REALTY & DEVELOPMENT CO.,
LTD.
SUMITOMO IRIFUNE BUILDING
2-1-1 IRIFUNE
CHUO-KU
TOKYO 105-0021 JAPAN

SUN CORDIA MARINE S.A.
C/O MITSUBISHI CORPORATION    SHIP &
AEROSPACE DIVISION
MARUNOUCHI PARK BUILDING
6-1
MARUNOUCHI 2-CHOME
CHIYODA-KU TOKYO 100-8086 JAPAN

SUZUKI KAIUN CO. LTD.
2F
KYOJI KOBAYASHI BUILDING
2-7-5 KYOBASHI
CHUO-KU
TOKYO 104-0031JAPAN JAPAN

SUZUYO MARINE CO., LTD.
SUZUYO TOKYO BUILDING 5F
1-2-12 SHIBAKOEN
MINATO-KU
TOKYO 105-0011 JAPAN

T&T MARINE S.A.
C/O AONO-KAIUN CO., LTD.
1-1-17 SHINDEN-CHO
NIIHAMA-SHI
EHIME 792-0003 JAPAN

| | | |
|---|---|---|
| TADASHI HIGASHITANI<br>3-5-23-101 SENDAMACHI<br>NAKA-KU<br>HIROSHIMA 730-0052 JAPAN | TAIHEIYO CEMENT CORPORATION<br>DAIBA GARDEN CITY BUILDING<br>2-3-5 DAIBA<br>MINATO-KU<br>TOKYO 135-8578 JAPAN JAPAN | TAIHOKOHZAI CO.,LTD.<br>4-2-8 SHIBAURA<br>MINATO-KU<br>TOKYO 108-0023 JAPAN JAPAN |
| TAIYO ELECTRIC CO., LTD.<br>1-16-8 UCHIKANDA<br>CHIYODA-KU<br>TOKYO 101-0047 JAPAN | TANAGURA CO., LTD.<br>C/O YANO KAIUN CO., LTD.<br>1276-1 KOU<br>NAMIKATACHOUGOU<br>IMABARI<br>EHIME 799-2110 JAPAN | TAOKAS WISDOM S.A<br>C/O WISDOM MARINE LINES CO., LTD.<br>MITA DAIICHI NAGAOKA BUILDING 2F<br>3-4-3<br>MITA<br>MINATO-KU<br>TOKYO 108-0073 JAPAN |
| TATA STEEL GLOBAL PROCUREMENT COMPANY. PTE. LTD.<br>22 TANJONG KLING ROAD<br>SINGAPORE<br>628048 SINGAPORE SINGAPORE | TDC SHIPPING S.A.<br>2-14-4 SHINTOMI<br>CHUO-KU<br>TOKYO 104-0041 JAPAN | TEMPSTAFF CO., LTD.<br>SHINJUKU MAYNDS TOWER 2-1-1<br>YOYOGI<br>SHIBUYA-KU<br>TOKYO JAPAN 151-0053 JAPAN |
| TENARIS GLOBAL SERVICES S.A. (URUGUAY)<br>LUIS A DE HERRERA 1248<br>EDIFICIO<br>PLAZA-WORLD TRADE CENTER<br>MONTEVIDEO 11300 URUGUAY | THE BANK OF FUKUOKA<br>39121<br>YAESU<br>CHUO-KU<br>TOKYO 104-0028 JAPAN JAPAN | THE BANK OF KYOTO,LTD<br>TOKYO BRANCH<br>41673<br>YAESU<br>CHUO-KU<br>TOKYO 104-0028 JAPAN JAPAN |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>36929<br>MARUNOUCHI<br>CHIYODA-KU<br>TOKYO 100-8388 JAPAN | THE CHIBA BANK, LTD.<br>MUROMACHI CHIBAGIN MITSUI BUILDING<br>1-5-5 NIHONBASHI MUROMACHI<br>CHUO-KU<br>TOKYO 103-0022 JAPAN JAPAN | THE HIROSHIMA BANK, LTD.<br>6TH FLOOR KYOBASHI EAST BUILDING 2-7-19<br>KYOBASHI<br>CHUO-KU<br>TOKYO 104-0031 JAPAN JAPAN |
| THE IYO BANK, LTD.<br>13TH FLOOR TOKYO TATEMONO NIPPONBASHI BUILDING<br>1-3-13<br>NIHONBASHI<br>CHUO-KU<br>TOKYO 103-0027 JAPAN JAPAN | THE JAPAN CARGO TALLY CORPORATION<br>42280<br>TSUKIJI 1-CHOME<br>CHUO-KU<br>TOKYO 104-0045 JAPAN | THE MARITIME RESEARCH INSTITUTE NETHERLANDS<br>HAAGSTEEG 2<br>6708 PM WAGENINGEN NETHERLANDS |
| THE MIE BANK, LTD.<br>36892<br>KYOBASHI<br>CHUO-KU<br>TOKYO 104-0031 JAPAN JAPAN | THE NORINCHUKIN BANK<br>37269<br>YURAKUCHO<br>CHIYODA-KU<br>TOKYO 100-8420 JAPAN JAPAN | THE SANKO STEAMSHIP CO., LTD.<br>17TH FLOOR ROPPONGI T-CUBE<br>1-1 ROPPONGI 3-CHOME<br>MINATO-KU<br>TOKYO 106-0032 JAPAN |
| THE SHIZUOKA BANK, LTD.<br>4TH FLOOR MARUNOUCHI KITAGUCHI BUILDING<br>1-6-5<br>MARUNOUCHI<br>CHIYODA-KU<br>TOKYO 100-0005 JAPAN JAPAN | TOBU JUKOGYO CO., LTD.<br>43933<br>KITAZAKAE<br>URAYASU-CHO<br>CHIBA 279-0002 JAPAN | TODAKISEN KABUSHIKIGAISYA<br>1616-1<br>NAKAZONE-CHO<br>SHIKOKUCHUO-SHI<br>EHIME 799-0413 JAPAN |
| TODENFUEL.CO.,LTD<br>41340<br>TOYO<br>KOTO-KU<br>TOKYO 135-0016 JAPAN | TOKO KAIUN CO., LTD.<br>3-10-6 SUMIYOSHIHONMACHI<br>HIGASHINADA-KU<br>KOBE<br>HYOGO 658-0051 JAPAN | TOKYO KEIKI INC.<br>16849<br>MINAMI-KAMATA<br>OHTA-KU<br>TOKYO 144-8551 JAPAN JAPAN |
| TOKYO METROPOLITAN CHUO TAXATION OFFICE<br>2-6-1 SHINTOMI<br>CHUO-KU<br>TOKYO 104-8558 JAPAN | TOLANI SHIPPING CO.,LTD. MUMBAI<br>10-A<br>BAKHTAWAR<br>NARIMAN POINT<br>MUMBAI - 400 021 INDIA | TOSOH CORPORATION<br>37323<br>SHIBA<br>MINATO-KU<br>TOKYO 105-8623 JAPAN |

| | | |
|---|---|---|
| TOYOYAMA KAIUN CO., LTD.<br>C/O YANO KAIUN CO., LTD.<br>1276-1 KOU<br>NAMIKATACHOUGOU<br>IMABARI<br>EHIME 799-2110 JAPAN | TRADEWIND NAVIGATION S.A.<br>C/O MURAKAMI SEKIYU CO., LTD.<br>3496-1 KINOURA<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN | TSUNEISHI SHIPBUILDING CO., LTD.<br>1083 NUMAKUMA-CHO<br>FUKUYAMA-SHI<br>HIROSHIMA 720-0393 JAPAN |
| TSURUMMI KISEN KABUSHIKIGAISYA<br>1481 KINOURAKOU<br>HAKATA-CHO<br>IMABARI-SHI<br>EHIME 794-2305 JAPAN | UBE INDUSTRIES,LTD.<br>SEAVANS NORTH BUILDING<br>1-2-1<br>SHIBAURA<br>MINATO-KU<br>TOKYO 105-8449 JAPAN | ULTRABULK PANAMA S.A.<br>C/O ULTRABULK SHIPPING A/S, DENMARK<br>SMAKKEDALEN 6<br>2820 GENTOFTE DENMARK |
| UMEWAKA KAIUN CO., LTD.<br>1681-1 KOU<br>NAMIKATA<br>NAMIKATACHOU<br>IMABARI<br>EHIME 799-2101 JAPAN | UNI SHIPPING CO., LTD.<br>C/O ABE SHOKAI LTD<br>5F<br>YOICHI BUILDING<br>5-8-3 SHINBASHI<br>MINATO-KU<br>TOKYO 105-0004 JAPAN JAPAN | UNIVERSAL SOLUTIONS GROUP LLC<br>AJELTAKE RD<br>TRUST CO.COMPLEX<br>MAJURO<br>AJELTAKE ISLAND MARSHALL ISLANDS |
| UNIWELL SHIPPING LTD.<br>6/F BEAUTIFUL GROUP TOWER 77<br>CONNAUGHT ROAD<br>CENTRAL HONG KONG HONG KONG | USINAS SIDERURGICAS DE MINAS GERAIS S.A.<br>AV.DO CAFÉ<br>N277-TORRE B-9 ANDAR-VILA GUARANI<br>SAO PAULO 90200-001 BRAZIL | VALE INTERNATIONAL S.A.<br>C/O VALE S.A.   COPPER COMERCIAL DEPARTMENT<br>AV. GRACA ARANHA<br>26 -CENTRO<br>RIO DE JANEIRO<br>RIO DE JANEIRO, RJ 20030-900 BRAZIL |
| VIOLA SHIPPING S.A<br>C/O ORIX MARITIME CORPORATION<br>WORLD TRADE CENTER BLDG.<br>2-4-1 HAMAMATSU-CHO<br>MINATO-KU<br>TOKYO 105-6135 JAPAN | VOTORANTIM CEMENT TRADING,S.L.<br>CTRA. FUENCARRAL ALCOBENDAS (M603)<br>KM.3<br>8 EDIFICIO ARBEA 1<br>PLANTA BAJA 281 08 ALCOBENDAS - MADRID<br>SPAIN | VOTORANTIM GMBH<br>RAINERSTRASE2<br>4 FL<br>5020<br>SALZBURG AUSTRIA |
| WAKAYAMA CITY HALL<br>(WAKAYAMA SHIYAKUSHO)<br>23<br>SHICHIBANCHO<br>WAKAYAMA CITY<br>WAKAYAMA JAPAN | WAKAYAMA PREFECTURAL TAX OFFICE<br>(WAKAYAMA KENZEI JIMUSHO)<br>1-1 KOMATSUBARADORI<br>WAKAYAMA CITY<br>WAKAYAMA 640-8585 JAPAN | WAKO KAIUN KABUSHIKI KAISHA<br>HIGOBASHI LEX BUILDING<br>1-3-3 EDOBORI NISHI-KU<br>OSAKASHI, OSAKA 550-0002 JAPAN |
| WEALTH BASE SHIPPING,LIMITED.<br>UNIT H<br>12F<br>LEGEND TOWER<br>7 SHING YIP STREET HONG KONG | WEATHERNEWS INC.<br>MAKUHARI TECHNO GARDEN B-19<br>1-3 NAKASE<br>MIHAMA-KU<br>CHIBA-SHI<br>CHIBA, 261-0023 JAPAN | WESTERN BULK ASA<br>HENRIK IBSENSGT<br>100<br>P.O.BOX 2868 SOLLI<br>N-0230 OSLO NORWAY |
| WESTERN BULK PTE LTD<br>NO.16 COLLYER QUAY<br>NO.28-01<br>SINGAPORE 049318 SINGAPORE | WORLD FUEL SERVICES CORPORATION<br>9800 N.W.41ST STREET SUITE 400<br>MIAMI FL 33178 USA | WPSD S.A.,PANAMA<br>C/O WATANABE PRINT K.K.<br>KOIZUMI 4-320-1<br>IMABARI-SHI<br>EHIME<br>794-0064 JAPAN |
| YAEGAWA KAIUN CO., LTD<br>3F<br>KAIUN BUILDING<br>15-2NAKANISHI<br>ANAN-SHI TOKUSHIMA 774-0014 JAPAN | YAMAMIZU SHIPPING CO., LTD.<br>OTE CENTER BUILDING<br>3RD FLOOR<br>1-1-3 OTEMACHI<br>CHIYODA-KU<br>TOKYO 100-0004 JAPAN | YAMASHITA CHARTERING<br>MAISON DE VILLENIHONBASHI HAMACHO<br>2-50-4<br>HAMACHO NIHONBASHI<br>CHUO-KU<br>TOKYO 103-0007 JAPAN |
| YAMASHITA OFFICE<br>1-7-16-503 HIRAKAWACHOU<br>CHIYODA-KU<br>TOKYO 102-0093 JAPAN | YANMAR CO., LTD.<br>2-1-1 YAESU<br>CHUO-KU<br>TOKYO 104-8486 JAPAN | YOKOYAMA KAIUN CO., LTD.<br>2-6-6 NISHIBARACHOU<br>NIIHAMA<br>EHIME 792-0011 JAPAN |